■ EDWARD J. MUHL, Appellant, v COOPERS & LYBRAND, Respondent, et al., Defendants. [660 NYS2d 969] —Order, Supreme Court, New York County (Walter Schackman, J.), entered September 9, 1996, unanimously affirmed for the reasons stated by Schackman, J., without costs and disbursements. The unpublished decision and order of this Court entered herein on April 29, 1997 is hereby recalled and vacated. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli and Williams, JJ.